UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYVON DOBSON,<br><br>   Petitioner,<br><br> v.<br><br>B.M. TRATE,<br><br>   Respondent. | Case No. 1:22-cv-00987-ADA-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITIONER'S PETITION<br><br>(ECF No. 3) |

  On August 8, 2022, Petitioner Tayvon Dobson ("Petitioner") filed a petition challenging his conviction and sentence pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On August 16, 2022, the assigned Magistrate Judge issued findings and recommendations to dismiss Petitioner's petition for writ of habeas corpus due to lack of jurisdiction. (ECF No. 3 at 3.) The Court served the findings and recommendations on the Petitioner and provided him 21 days to file objections thereto. (*Id.* at 4.) Petitioner's deadline for filing objections, if any, was September 6, 2022. As of the date of this Order, no objections have been filed. The findings and recommendations advised Petitioner that failure to file objections may result in the waiver of rights on appeal. (*Id.*)

  According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

///

Accordingly,

1. The findings and recommendations issued on August 16, 2022, (ECF No. 3), are adopted in full; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

   Dated:   March 10, 2023

_____
UNITED STATES DISTRICT JUDGE